RICHARD I. WIDEMAN, Esq.   (SB #41185)
3640 Sagunto Street #208
P.O. Box 1921
Sabta Ynez, CA 93460-1921
(805)245-8916   FAX (805) 688-9424
riwlaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

THE TORRLUBE COMPANY, LLC,

    Plaintiff,

vs.

NETMERCURY, INC., a California corporation

    Defendant.

No. CV 10 – 1427 MEJ

STIPULATION TO CONTINUE INITIAL CMC AND EXTEND TIME FOR INITIAL DISCLOSURES and ORDER

The parties hereto, by and through their attorneys of record and subject to the approval of the Court, hereby Stipulate as follows:

1. The Initial Case Management Conference now set for July 15, 2010 be and hereby is continued to August 12, 2010 at 10:00AM;
2. The "last day to" meet and confer re: initial disclosures and other matters, initially set for June 24, 2010 is now set for July 27, 2010;

- 1 -
STIPULATION

3. The last day to file Rule 26(f) report, complete initial disclosures or state objection to Rule 26 (f) report and to file Case Management Statement per the Court's "Standing Order" shall be August 5, 2010.

Dated: July 9, 2010

_____
RICHARD I. WIDEMAN, ESQ.
Attorney for THE TORRLUBE COMPANY LLC

Dated: July 9, 2010

TINGLEY, PIONTKOWSKI LLP

By: _____
BRUCE PIONTKOWSKI, ESQ.
Attorneys for NET MERCURY INC.

**IT IS SO ORDERED**

July 9, 2010

_____
Hon. MARIA ELENA JAMES
United States Magistrate Judge