CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendant
NETMERCURY, INC.

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETMERCURY, INC., a California corporation,<br><br>Defendant. | CASE NO.  CV10-1427 EJD<br><br>**STIPULATION TO REFER CASE TO MEDIATION THROUGH USDC ADR PROGRAM** |

Pursuant to the Court's Local Rules regarding Alternative Dispute Resolution, Plaintiff THE TORRLUBE COMPANY, LLC ("Plaintiff") and Defendant NETMERCURY, INC. ("Defendant"), by and through their attorneys of record, hereby STIPULATE and AGREE that this matter be referred to the USDC ADR Program with a referral to a program mediator.

IT IS SO STIPULATED.

Dated: May 9, 2011                        TINGLEY PIONTKOWSKI LLP


                                          By: _____
                                              BRUCE C. PIONTKOWSKI
                                              JONATHAN A. MCMAHON
                                              Attorneys for Defendant

556A66FB.doc

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

STIPULATION
CASE NO. CV10-1427 EJD

Dated: May 9, 2011

RICHARD I. WIDEMAN, Esq.

By: _____
RICHARD I. WIDEMAN
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.

DATED: May 11, 2011

_____
EDWARD J. DAVILA
U.S. District Court Judge