RICHARD I. WIDEMAN, Esq.   (SB #41185)
3640 Sagunto Street #208
P.O. Box 1921
Santa Ynez, CA  93460-1921
(805)245-8916   FAX (805) 688-9424
riwlaw@gmail.com

Attorney for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
6/21/2011

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

THE TORRLUBE COMPANY, LLC,

    Plaintiff,

vs.

NETMERCURY, INC., a California corporation

    Defendant.

No.  CV 10 – 1427 EJD

ORDER AFTER CASE MANAGEMENT CONFERENCE

    A Case Management Conference was held on June 15, 2011 in the courtroom of the Hon. Edward J. Davila, United States District Judge; Richard I. Wideman, Esq. appeared for Plaintiff and Bruce Piontkowski, Esq. appeared for Defendant.  The Court ORDERS as follows:

1. The parties are to participate in a "mediation" on August 5, 2011;
2. The parties are to appear for an Interim Case Management Conference on August 26, 2011 at 10:00 AM in Courtroom 1 (San Jose) and are to file a joint interim case management conference statement on or before August 19, 2011.

- 1 -

ORDER AFTER CASE MANAGEMENT CONFERENCE

3. If the matter is settled on or before August 26, 2011, and the court is notified of that fact, no appearance is necessary on August 26, 2011.
4. The Court confirms that it has set defendant's Motion for Summary Judgment for November 18, 2011 at 9:00 AM ; "superseded" Local Rule 7-3 (in effect prior to the June 2, 2011 revisions) shall govern the time for Opposition and Reply. Opposition is due on or before October 28, 2011 and Reply on or before November 4, 2011.
5. Fact discovery cut-off is extended to August 31, 2011.
6. Initial Expert witness exchange shall be on November 30, 2011.

Dated: June 21, 2011



EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Approved as conforming to Court Order

TingleyPiontkowski LLP

By:_____
BRUCE PIONTKOWSKI, Esq.

ORDER AFTER CASE MANAGEMENT CONFERENCE