RICHARD I. WIDEMAN, Esq.   (SB #41185)
3640 Sagunto Street #208
P.O. Box 1921
Sabta Ynez, CA 93460-1921
(805)245-8916   FAX (805) 688-9424
riwlaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NETMERCURY, INC., a California corporation<br><br>    Defendant. | No.  CV 10 – 1427 EJD<br><br>**JOINT MOTION TO DISMISS - FRCP Rule 41(a)(1) and ORDER** |

It is jointly moved by the parties hereto, by their respective counsel of record, and subject to the approval of the Court, pursuant to Rule 41 (a) (1), as follows:

The parties hereto having entered into a binding confidential settlement on October 14, 2011, the parties move the court that all claims in this action for damages and otherwise shall be and are **dismissed with prejudice**.

Each party shall bear his, her or its own costs and attorneys fees. The Court shall retain jurisdiction to enforce the terms of the settlement.

All dates are vacated.   [SIGNATURES ON NEXT PAGE]

- 1 -

JOINT MOTION TO DISMISS

Dated: October 16, 2011

                                s/Richard I. Wideman
                                RICHARD I. WIDEMAN, ESQ.
                                Attorney for THE TORRLUBE COMPANY LLC


                                TINGLEY, PIONTKOWSKI LLP

                         By: _____
                                BRUCE PIONTKOWESKI, ESQ.
                                Attorneys for NET MERCURY, INC.


     IT IS SO ORDERED.   The Clerk shall close this file.

Dated: October 19, 2011

                                _____
                                EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE