RICHARD I. WIDEMAN, Esq.   (SB #41185)
3640 Sagunto Street #208
P.O. Box 1921
Sabta Ynez, CA 93460-1921
(805)245-8916   FAX (805) 688-9424
riwlaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

THE TORRLUBE COMPANY, LLC,

    Plaintiff,

vs.

NETMERCURY, INC., a California corporation

    Defendant.

No.  CV 10 – 1427 EJD

**JOINT MOTION TO DISMISS - FRCP Rule 41(a)(1) and ORDER**

    It is jointly moved by the parties hereto, by their respective counsel of record, and subject to the approval of the Court, pursuant to Rule 41 (a) (1), as follows:

    The parties hereto having entered into a binding confidential settlement on October 14, 2011, the parties move the court that all claims in this action for damages and otherwise shall be and are **dismissed with prejudice**.

    Each party shall bear his, her or its own costs and attorneys fees. The Court shall retain jurisdiction to enforce the terms of the settlement.

    All dates are vacated.   [SIGNATURES ON NEXT PAGE]

1

2  Dated: October 16, 2011

3

4                                    s/Richard I. Wideman
                                   ─────────────────────────
5                                    RICHARD I. WIDEMAN, ESQ.
                                   Attorney for THE TORRLUBE COMPANY LLC
6

7
                                   TINGLEY, PIONTKOWSKI LLP
8
                                   By: _____
9                                    BRUCE PIONTKOWESKI, ESQ.
10                                   Attorneys for NET MERCURY, INC.

11

12       IT IS SO ORDERED .   The Clerk shall close this file.

13
    Dated: October 19, 2011
14
                                   _____
15                                 EDWARD J. DAVILA
                                   UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28